U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 29 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

1:14-cv-1585
(MAD/CFH)

# MANDATORY NOTICE OF CLAIMANT RIGHT TO COURT WITHOUT "FEES"

Without waiving rights to special appearance and In propria persona sui juris

As found in: New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863)

Please take mandatory notice (Federal Rules of Evidence 201(d) that Plaintiff/Petitioner has a lawful right to proceed without cost based upon the following law:

The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union Cardell v. Nevada, 6 Wall 35).

And as stated by the United States Department of the Treasury 1789, the presenter made not be charged fees, or cost for the lawful and constitutionally secured right to petition for redress in matters in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions of subjects of the State and cannot be applied to the presenter as he is not a collective entity, that he is sentient self-aware, competent, responsible, adult who is a natural living man entitled to relief (Hale v. Henkel) (201 U.S. 43), and under international laws as well as laws of humanity.

Any coupons presented by the presenter is backed by the full faith and credit of the United States of America, is a legal tender for all obligations associated with this matter.

Declaration of "valuables".

It is determined that replacements, in accordance with the procedure established under section 3 of the Government Losses in Shipment Act (50 Stat. 479, as amended;

5 U.S.C. 13b), of the articles or things or representatives of value enumerated and referred to in this section would be in the public interest; accordingly, they are hereby declared to be "valuables" within the meaning of the act.

- a) Money of the United States and foreign countries. Currency included mutilated currency and canceled currency, coins, including uncurrent coins, and specie.
- b) Securities and other instruments or documents, private and public.

ABSTRACTS OF TITLE. ASSIGNMENTS. BILL BONDS CERTIFICATES OF DEPOSIT. CERTIFICATES OF INDEBTEDNESS. CHECKS, DRAFTS AND MONEY ORDERS. COUPONS. DEBENTURES. DEEDS. EQUIPMENT TRUST CERTIFICATES. MORTGAGES. NOTES. STAMPS, INCLUDING POSTAGE, REVENUE, LICENSE. CERTIFICATES. MORTGAGES. NOTES. STAMPS, INCLUDING POSTAGE, REVENUE, LICENSE, FOOD ORDER AND PUBLIC DEBT. STAMPED ENVELOPES AND POSTAL CARDS. STOCK CERTIFICATES. TRUST RECEIPTS. VOTING TRUST RECEIPTS. WAREHOUSE RECEIPTS. WARRANTS.